# Finney, Adm'r, v. Gilder.

### Action on Promissory Note.

1. *Judgment by default on acknowledgment of service; when erroneous.* A judgment by default, rendered on an acknowledgment of service by the defendant, indorsed on the summons and complaint, is erroneous and, on appeal, will be reversed, when the record fails to show that proof of such acknowledgment, or an admission of the fact of service, was made.

APPEAL from Chambers Circuit Court.

The record fails to disclose the name of the presiding judge in the circuit court.

*Assumpsit* by the appellee against the appellant. The facts are stated in the opinion.

B. B. McCRAW and S. F. RICE, for appellant.

Name of counsel for appellee not disclosed by the record.

SOMERVILLE, J.—The judgment rendered was erroneous and must be reversed. It was a judgment by *default*, and there was only an *acknowledgment* of service of process indorsed on the summons and complaint. This did not, under the long settled practice in this State, authorize the rendition

[Wagnon v. Turner.]

of such a judgment without proof, or admission of the fact of service, appearing of record. The record here fails to show that the acknowledgment or signature was proved, or admitted in court to be genuine.—*O'Neal v. Garrett*, 3 Ala. 276; 1 Brick. Dig. 138, § 99; *Harris v. Martin*, 39 Ala. 556.

Reversed and remanded.